# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LISA CHIBBARO, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:20-cv-00663<br>) Judge Trauger |
| TAIWO T. EVERETT, ET AL., | )<br>) |
| Defendants. | ) |

## O R D E R

On May 6, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, which are incorporated herein by reference as if set forth verbatim, it is hereby ORDERED that defendant Everett's Motion to Dismiss filed on January 20, 2021 (Doc. No. 11) is DENIED AS MOOT and defendant Everett's Motion to Dismiss filed on February 24, 2021 (Doc. No. 17) is DENIED.

It is further ORDERED that this case is returned to the Magistrate Judge for further handling under the original referral order. The court notes that the *pro se* plaintiff has filed a Motion for Appointment of Counsel (Doc. No. 31), which should be considered by the Magistrate Judge.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge